Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick Mula
*Alicia Intriago
Assistant Federal Public Defenders
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org
Alicia_Intriago@fd.org

*Attorney for Petitioner Beyker Eduardo Zabaleta Ballera

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Beyker Eduardo Zabaleta Ballera,

      Petitioner,

      v.

John Mattos, NSDC Warden; Michael Bernacke, Field Director, West Valley City Office of ICE ERO; Todd Lyons, ICE Acting Director; Kristi Noem, DHS Secretary; Pam Bondi, U.S. Attorney General,

      Respondents.

Case No. 2:26-cv-00279-RFB-MDC

**Motion to Seal**

Zabaleta Ballera respectfully seeks leave to file the supplement to the first amended petition under seal because it contains personal, confidential medical information.

While public access to judicial filings and documents is favored, *see Nixon v. Warner Commc'ns*, 435 U.S. 589, 597 (1978), a party may have a judicial record sealed by demonstrating "compelling reasons" that outweigh the public policy favoring

disclosure, including that the records may be used improperly, *see Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006).

Here, Zabaleta Ballera's privacy interest in his personal, confidential medical records constitutes a compelling reason that outweighs public policy favoring disclosure.

Accordingly, Zabaleta Ballera respectfully seeks leave to file the supplement to the first amended petition under seal.

Dated February 13, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Rick A. Mula*
Rick A. Mula
Alicia Intriago
Assistant Federal Public Defender

ORDER

**IT IS SO ORDERED.**

DATED: February 24th, 2026

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

2